| IWO: Child Support and Alimony | | | | | | |
|---|---|---|---|---|---|---|
| New York Boom Service Inc. | Employee Name | Robert McIlhenny | | Employee ID | | |
| Period: | 7/23-7/29/2016 | P.O. Box 53 | | | This check | Year to Date |
| Check Date: | 7/29/2016 | Middleport, PA 17953 | | Sick Days | | |
| Tax Status | Married | Allowance (From W-4) | 3 | Vacation | | |
| Yearly Salary | 78,000.00 | Year to this Check | | | | |
| Federal Income Tax | 108.68 | 2,568.45 | | | 108.68 | 2,677.13 |
| Social Security Tax | 93.00 | 2,196.63 | | | 93.00 | 2,289.63 |
| Medicare Tax | 21.75 | 513.73 | | | 21.75 | 535.48 |
| State Income Tax | 38.78 | 915.91 | | | 38.78 | 954.69 |
| UI Tax | - | 138.60 | | | - | 138.60 |
| DI Tax | - | 80.95 | | | - | 80.95 |
| FLI | - | 29.23 | | | - | 29.23 |
| Child Support/Alimony | - | 391.23 | | 301.12 + 90.11 | 391.23 | 782.46 |
| Total Taxes | | 6,834.73 | | | 653.44 | 7,488.17 |
| Gross Pay | | 35,429.47 | | | 1,500.00 | 36,929.47 |
| Net Pay | | 28,594.74 | | Net Pay | 846.56 | 29,441.30 |

| IWO: Child Support and Alimony | | | | | | |
|---|---|---|---|---|---|---|
| New York Boom Service Inc. | Employee Name | Robert McIlhenny | Employee ID | | | |
| Period: | 9/3-9/9/2016 | P.O. Box 53 | | | This check | Year to Date |
| Check Date: | 9/9/2016 | Middleport, PA 17953 | Sick Days | | | |
| Tax Status | Married | Allowance (From W-4) | 3 | Vacation | | |
| Yearly Salary | 78,000.00 | Year to this Check | | | | |
| Federal Income Tax | 108.68 | 3,220.53 | | | 108.68 | 3,329.21 |
| Social Security Tax | 93.00 | 2,754.63 | | | 93.00 | 2,847.63 |
| Medicare Tax | 21.75 | 644.23 | | | 21.75 | 665.98 |
| State Income Tax | 38.78 | 1,148.59 | | | 38.78 | 1,187.37 |
| UI Tax | - | 138.60 | | | - | 138.60 |
| DI Tax | - | 80.95 | | | - | 80.95 |
| FLI | - | 29.23 | | | - | 29.23 |
| Child Support/Alimony | - | 2,738.61 | 301.12 + 90.11 | | 391.23 | 3,129.84 |
| Total Taxes | | 10,755.37 | - | | 653.44 | 11,408.81 |
| Gross Pay | | 44,429.47 | | | 1,500.00 | 45,929.47 |
| Net Pay | | 33,674.10 | Net Pay | | 846.56 | 34,520.66 |

Case 5:16-bk-04395-RNO    Doc 13    Filed 11/30/16    Entered 11/30/16 16:50:33    Desc
Main Document    Page 2 of 5

| IWO: Child Support and Alimony | | | | | |
|---|---|---|---|---|---|
| New York Boom Service Inc. | Employee Name | Robert McIlhenny | Employee ID | | |
| Period: | 9/17-9/23/2016 | P.O. Box 53 | | This check | Year to Date |
| Check Date: | 9/23/2016 | Middleport, PA 17953 | Sick Days | | |
| Tax Status | Married | Allowance (From W-4) | 3 Vacation | | |
| Yearly Salary | 78,000.00 | Year to this Check | | | |
| Federal Income Tax | 108.68 | 3,437.89 | | 108.68 | 3,546.57 |
| Social Security Tax | 93.00 | 2,940.63 | | 93.00 | 3,033.63 |
| Medicare Tax | 21.75 | 687.73 | | 21.75 | 709.48 |
| State Income Tax | 38.78 | 1,226.15 | | 38.78 | 1,264.93 |
| UI Tax | - | 138.60 | | - | 138.60 |
| DI Tax | - | 80.95 | | - | 80.95 |
| FLI | - | 29.23 | | - | 29.23 |
| Child Support/Alimony | - | 3,521.07 | 301.12 + 90.11 | 391.23 | 3,912.30 |
| Total Taxes | | 12,062.25 | | 653.44 | 12,715.69 |
| Gross Pay | | 47,429.47 | | 1,500.00 | 48,929.47 |
| Net Pay | | 35,367.22 | Net Pay | 846.56 | 36,213.78 |

| IWO: Child Support and Alimony | | | | | |
|---|---|---|---|---|---|
| New York Boom Service Inc. | Employee Name | Robert McIlhenny | Employee ID | This check | Year to Date |
| Period: | 9/24-9/30/2016 | P.O. Box 53 | | | |
| Check Date: | 9/30/2016 | Middleport, PA 17953 | Sick Days | | |
| Tax Status | Married | Allowance (From W-4) | 3 Vacation | | |
| Yearly Salary | 78,000.00 | Year to this Check | | | |
| Federal Income Tax | 108.68 | 3,546.57 | | 108.68 | 3,655.25 |
| Social Security Tax | 93.00 | 3,033.63 | | 93.00 | 3,126.63 |
| Medicare Tax | 21.75 | 709.48 | | 21.75 | 731.23 |
| State Income Tax | 38.78 | 1,264.93 | | 38.78 | 1,303.71 |
| UI Tax | - | 138.60 | | - | 138.60 |
| DI Tax | - | 80.95 | | - | 80.95 |
| FLI | - | 29.23 | | - | 29.23 |
| Child Support/Alimony | - | 3,912.30 | 301.12 + 90.11 | 391.23 | 4,303.53 |
| Total Taxes | | 12,715.69 | | 653.44 | 13,369.13 |
| Gross Pay | | 48,929.47 | | 1,500.00 | 50,429.47 |
| Net Pay | | 36,213.78 | Net Pay | 846.56 | 37,060.34 |

| IWO: Child Support and Alimony | | | | | |
|---|---|---|---|---|---|
| New York Boom Service Inc. | Employee Name | Robert McIlhenny | Employee ID | | |
| Period: | 11/19-11/25/2016 | P.O. Box 53 | | This check | Year to Date |
| Check Date: | 11/25/2016 | Middleport, PA 17953 | Sick Days | | |
| Tax Status | Married | Allowance (From W-4) | 3 Vacation | | |
| Yearly Salary | 78,000.00 | Year to this Check | | | |
| Federal Income Tax | 108.68 | 4,416.01 | | 108.68 | 4,524.69 |
| Social Security Tax | 93.00 | 3,777.63 | | 93.00 | 3,870.63 |
| Medicare Tax | 21.75 | 883.48 | | 21.75 | 905.23 |
| State Income Tax | 38.78 | 1,575.17 | | 38.78 | 1,613.95 |
| UI Tax | - | 138.60 | | - | 138.60 |
| DI Tax | - | 80.95 | | - | 80.95 |
| FLI | - | 29.23 | | - | 29.23 |
| Child Support/Alimony | - | 7,042.14 | 301.12 + 90.11 | 391.23 | 7,433.37 |
| Total Taxes | | 17,943.21 | | 653.44 | 18,596.65 |
| Gross Pay | | 60,929.47 | | 1,500.00 | 62,429.47 |
| Net Pay | | 42,986.26 | Net Pay | 846.56 | 43,832.82 |