# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     Robert McIlhenny     :     Chapter 13
                                                             :
                        Debtor.     :     Bankruptcy No. 16-04395 (JJT)

## OBJECTION OF SAINT CLAIR AREA SCHOOL DISTRICT TO DEBTOR'S CHAPTER 13 PLAN

TO THE HONORABLE JOHN J. THOMAS, UNITED STATES BANKRUPTCY JUDGE:

Saint Clair Area School District (**"Movant"**), a secured creditor of the Debtor in this case, hereby objects to confirmation of the Chapter 13 Plan (the **"Plan"**) proposed by the Debtor and filed on November 30, 2016, and as grounds therefore, avers as follows:

1. Movant filed a secured Proof of Claim in the amount of $3,482.86 (including amortized statutory interest on the principal balance over 60 months) for delinquent 2013-2015 school real estate taxes.

2. Movant filed a secured Proof of Claim in the amount of $821.29 (including amortized statutory interest on the principal balance over 60 months) for delinquent 2016 school real estate taxes.

3. Movant's claim is secured by statutory liens on the Debtor's real property jointly owned with Debtor's spouse located at 63 Coal Street, Middleport, Pennsylvania.

4. No objection has been filed to Movant's Proof of Claim.

5. The Debtor's Plan cannot be confirmed as the Plan does not provide for Movant to receive the value of its allowed secured claim under 11 U.S.C. §1325(a)(5)(B)(ii).

6. The Debtor's Plan cannot be confirmed because Movant does not accept the Plan under 11 U.S.C. §1325(a)(5)(A), as Movant does not agree to a different treatment for its prepetition delinquent tax claim than that which is accorded by the United States Bankruptcy Code and the laws of the Commonwealth of Pennsylvania.

7. Because the Debtor's Plan fails to meet the requirements of 11 U.S.C. §§ 1322 and 1325, the Plan cannot be confirmed.

**WHEREFORE**, Saint Clair Area School District respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for Saint Clair Area School District

Dated: March 3, 2017