UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBERT MCILHENNY | : | |
| ROBERT A. MCILHENNY | : | |
|     Debtor(s) | : | CASE NO. 5:16-BK-04395RNO |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | DOCKET NO: 52 |
| | : | |
| vs | : | |
| | : | |
| ROBERT MCILHENNY | : | |
| ROBERT A. MCILHENNY | : | MOTION TO DISMISS |
|     Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on December 30, 2019 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about December 12, 2019

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: December 31, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (TW)